THE STATE v. BIVINS, *Appellant.*

Division Two, May 17, 1898.

Appellate Practice. There being no bill of exception and the record proper containing no error, the judgment of the trial court will be affirmed.

*Appeal from Linn Circuit Court.*—HON. W. W. RUCKER, Judge.

AFFIRMED.

*T. M. Brinkley* and *F. W. Byrd* for appellant.

*Edward C. Crow*, Attorney-General, and *Sam B. Jeffries*, Assistant Attorney-General, for the State.

State v. Hodges.

SHERWOOD, J.—Indictment for assault with intent to kill; conviction of common assault and fine $100.

No bill of exceptions, no error in record proper and judgment affirmed.   All concur.